GARUBA v. BROWN (1:19-5429 N.D.IL.)

TO: COURT CLERK                        1/23/20

FROM: PL. GARUBA

    THE PRISON CANNOT/WILL NOT PROVIDE ME COPIES NECESSITATING THIS REQUEST FOR YOU TO "FILED" STAMP THE ENCLOSED AND COPY ME FOR CONFIRMATION PURPOSES.

    PLEASE RETURN/MAIL ME ACCORDINGLY.

**FILED**
JAN 29 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THANK YOU,

1/1

PETER GAKUBA (M57896)
VIENNA CC
6695 STATE RT, 146 E.
VIENNA, IL 62995

Correspondence is
from an inmate of
IL Dept of Corrections



ZIP 62995
02 4W
0000362333 $000.50
JAN 24 2020

COURT CLERK - PRISONER
U.S.D.C. - N.D.IL.
219 S. DEARBORN ST., 20TH FL.
CHICAGO, IL 60604



01/29/2020-5

60604-170299